UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **MATTHEW HERRICK,**<br><br>    Plaintiff,<br><br>    v.<br><br>**GRINDR, LLC; KL GRINDR HOLDINGS, INC.; AND GRINDR HOLDING COMPANY,**<br><br>    Defendants. | Case No. 1:17-cv-00932-VEC<br><br>**NOTICE OF MOTION TO DISMISS**<br>**AMENDED COMPLAINT** |

**PLEASE TAKE NOTICE** that upon the attached Declaration of Wei Zhou and all prior pleadings, orders, and proceedings herein, Defendant KL Grindr Holdings Inc. ("KL Grindr") moves this Court, before the Honorable Valerie E. Caproni, United States District Judge, at the United States District Court for the Southern District of New York, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007 for an order dismissing Plaintiff's First Amended Complaint ("Complaint") in its entirety and with prejudice, pursuant to Federal Rule of Civil Procedure 12(b)(6) because the Complaint fails to state a claim upon which relief can be granted, pursuant to Rule 12(b)(2) because the Court lacks personal jurisdiction over KL Grindr, and pursuant to Rule 8(a) because the Complaint does not allege any specific acts by any individual Defendant, and granting such other relief as this Court deems just and proper.

Pursuant to the Court's approval of the parties' proposed briefing schedule, Plaintiff shall serve his opposition to this Motion, if any, on or before June 14, 2017, and KL Grindr shall serve its reply in further support on or before June 28, 2017.  *See* Doc. 45.

Pursuant to Judge Caproni's Individual Practices in Civil Cases, Section 3.D, KL Grindr requests oral argument on this motion.

1983887.1

Dated: New York, New York
       May 24, 2017

                                              BRYAN CAVE LLP

                                              /s/ Daniel P. Waxman
                                              Daniel P. Waxman
                                              Jacquelyn N. Schell
                                              Daniel H. Lewkowicz
                                              1290 Avenue of the Americas
                                              New York, New York 10104
                                              DPWaxman@bryancave.com
                                              Jacquelyn.Schell@bryancave.com
                                              Daniel.Lewkowicz@bryancave.com
                                              (212) 541-2000
                                              *Attorneys for Defendant*
                                              *KL Grindr Holdings Inc.*

TO:    Carrie A. Goldberg
         C.A. Goldberg PLLC
         16 Court Street
         Suite 2500
         Brooklyn, NY 11241
         carrie@cagoldberglaw.com

         Tor Ekeland
         Tor Ekeland, P.C.
         43 West 43rd Street
         Suite 50
         New York, NY 10036-7424
         tor@torekeland.com

1983887.1