```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/13/2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
MATTHEW HERRICK,                             :
                                             :
                    Plaintiff,               :
                                             :        17-CV-932 (VEC)
           -against-                         :
                                             :        ORDER
                                             :
GRINDR, LLC; KL GRINDR HOLDINGS, INC.;       :
and GRINDR HOLDING COMPANY,                  :
                                             :
                    Defendants.              :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

   WHEREAS on January 25, 2018, the Court granted Defendants' motions to dismiss with prejudice, except as to Plaintiff's claim for copyright infringement, which the Court granted without prejudice;

   WHEREAS the Court gave Plaintiff until January 31, 2018 to seek leave to amend and file a second amended complaint in respect of his copyright claim; and

   WHEREAS Plaintiff did not file a motion for leave to amend;

   IT IS HEREBY ORDERED that Plaintiff's claim for copyright infringement is DISMISSED WITH PREJUDICE.

   The Clerk of the Court is directed to enter judgment in favor of Defendants and terminate this case.

**SO ORDERED.**

Date: February 13, 2018                              _____
      New York, New York                             **VALERIE CAPRONI**
                                                     **United States District Judge**