UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MATTHEW HERRICK,
                         Plaintiff,

    -against-                                    17 **CIVIL** 932 (VEC)

                                                        **JUDGMENT**

GRINDER, LLC; KL GRINDER HOLDINGS,
INC.; and GRINDER HOLDING COMPANY,
                        Defendants.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 25, 2018, and the Order dated February 13, 2018, Defendants' motion to dismiss is granted with prejudice, and Plaintiff's claim for copyright infringement is dismissed with prejudice; accordingly, this case is closed.

**Dated:**  New York, New York
           February 14, 2018

                                                      **RUBY J. KRAJICK**
                                                            Clerk of Court
                                    BY:
                                                            Deputy Clerk

                                                           THIS DOCUMENT WAS ENTERED
                                                           ON THE DOCKET ON 2/14/2018